UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TRAVIS K. BURTON,

    Plaintiff,

v.                                Case No. 3:22cv6325-MCR-HTC

CAPTAIN HAIR, et al.,

    Defendants.

_____/

**ORDER**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 3, 2023 (ECF No. 26).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation (ECF No. 26) is adopted and incorporated by reference in this Order.


2.	Defendants' motion to dismiss, ECF No. 23, is GRANTED *only* as to the Fourteenth Amendment claim, the Eleventh Amendment claim, the claims against the Defendants in their official capacities, and the claim for injunctive relief.

3.	Defendants shall file an answer to the First Amendment retaliation claim and the Eighth Amendment excessive force claim within fourteen (14) days of this Order.

4.	This case is referred to the Magistrate Judge for further proceedings on those claims.

**DONE AND ORDERED** this 21st day of April 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**