**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

TRAVIS K. BURTON,

     Plaintiff,

v.                                    Case No. 3:22cv6325-MCR-HTC

CAPTAIN HAIR, et al.,

     Defendants.

_____/

## ORDER

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 28, 2023 (ECF No. 48).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of all timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The Magistrate Judge's Report and Recommendation (ECF No. 48) is adopted and incorporated by reference in this Order.

2.      Defendants' motion for summary judgment (ECF No. 40) is GRANTED.

3.      The clerk shall enter final judgment in favor of Defendants and against Plaintiff.

4.      The clerk shall close the file.

**DONE AND ORDERED** this 18th day of December 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**